UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARBUCKS CORPORATION,
Plaintiff,

-against-

BRANDPAT, LLC D/B/A STARBUDS FLOWERS,
Defendant.

24 Civ. 4927 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff Starbucks Corporation ("Starbucks") commenced this action against Brandpat, LLC d/b/a Starbuds Flowers ("Brandpat") for alleged violations of the Copyright Act, Lanham Act, and New York trademark law.

WHEREAS, Brandpat failed to appear in the action. On October 10, 2024, default judgment was entered against Brandpat, and the matter was referred to Magistrate Judge Figueredo for a damages inquest.

WHEREAS, on July 24, 2026, Judge Figueredo issued a Report and Recommendation (the "Report") recommending that judgment be entered awarding Starbucks a total of $50,000, as well as post-judgment interest, and recommending that Starbucks' request for an award of attorney's fees under the Lanham Act be denied.

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report.

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely

objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023).

WHEREAS, the Court finds no clear error on the face of the record as to Judge Figueredo's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full, for the reasons stated in the Report. Judgment is hereby entered awarding Starbucks a total of $50,000, as well as post-judgment interest from the date hereof at the statutory rate prescribed by 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to close this case.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE